BART M. BOTTA, State Bar No. 167051
ELISE O'BRIEN, State Bar No. 245967
RYNN & JANOWSKY, LLP
4100 Newport Place Drive, Suite 700
Newport Beach, CA 92660-2423
Telephone: (949) 752-2911
Facsimile:  (949) 752-0953
bart@rjlaw.com
elise@rjlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| CHOUMAS PRODUCE, INC., a corporation; and ADVANTAGE PRODUCE, INC., a corporation, Plaintiffs, v. MEIR SHARVIT aka MEIR SHIRVAT aka SHARVIT MEIR, an individual; MEIR SHARVIT d/b/a MEIR PRODUCE, Defendants. | CASE NO. CV10-07154 GAF (FFMx)<br><br>**DEFAULT JUDGMENT BY COURT AGAINST DEFENDANTS**<br><br>[Fed. R. Civ. P. 55(b)(2)] |
|---|---|

Having read and considered Plaintiffs' Motion for Default Judgment against Defendants MEIR SHARVIT a/k/a MEIR SHIRVAT a/k/a SHARVIT MEIR and MEIR SHARVIT d/b/a MEIR PRODUCE ("Defaulting Defendants"), and all supporting pleadings and exhibits submitted therewith and other pleadings and exhibits already on file with this court, and good cause appearing therefore,

JUDGMENT IS HEREBY ENTERED in favor of Plaintiffs CHOUMAS PRODUCE, INC. and ADVANTAGE PRODUCE, INC. and against Defendants

MEIR SHARVIT a/k/a MEIR SHIRVAT a/k/a SHARVIT MEIR, an individual and MEIR SHARVIT d/b/a MEIR PRODUCE, jointly and severally, as follows, all of which qualifies for trust protection under the trust provisions of Perishable Agricultural Commodities Act ("PACA") [7 U.S.C. §499e, *et seq.*]:

    A.    For CHOUMAS PRODUCE, INC.:

        (i)    Principal in the amount of $25,367.50;

        (ii)    Pre-judgment finance charges through and including December 7, 2010 in the amount of $3,780.23;

        (iii)    Pre-judgment finance charges after December 7, 2010 and continuing until judgment is entered at the rate of $12.51 per day;

        (iv)    Attorney's fees of $2,348.86;

        (v)    Post-judgment interest pursuant to 28 U.S.C. § 1961(a).

    B.    For ADVANTAGE PRODUCE, INC.:

        (i)    Principal in the amount of $12,617.00;

        (ii)    Pre-judgment interest through and including December 7, 2010 in the amount of $534.11;

        (iii)    Pre-judgment finance charges after December 7, 2010 and continuing until judgment is entered at the rate of $3.46 per day;

        (iv)    Post-judgment interest pursuant to 28 U.S.C. § 1961(a).

IT IS SO ORDERED AND ADJUDGED.

DATED: January 11, 2011

*/s/ Gary Feess*
HON. GARY ALLEN FEESS
U.S. DISTRICT COURT JUDGE

LAW OFFICES
RYNN & JANOWSKY
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660-2423
(949) 752-2911
FAX (949) 752-0953